NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| HANA HILSENRATH and OLIVER HILSENRATH, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CREDIT SUISSE (CS) and UNITED BANK OF SWITZERLAND (UBS), <br><br> Defendants - Appellees. | No. 08-15230 <br><br> D.C. No. CV-07-05374-WHA <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
William H. Alsup, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, LEAVY and TALLMAN, Circuit Judges.

Hana Hilsenrath and Oliver Hilsenrath appeal pro se the district court's

dismissal of their action against Credit Suisse and the United Bank of Switzerland

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

alleging that the banks failed to warn them through a product-warning label that the banks would not comply with the United States Constitution and its provisions to protect the constitutional right to property. We have jurisdiction under 28 U.S.C. § 1291. Our review is de novo, *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1061 (9th Cir. 2004), and we affirm for the reasons stated in the district court's Order filed on January 10, 2008.

**AFFIRMED.**